UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STONEY GLENN,

     Plaintiff,

v.                                    Case No. 3:24cv559-LC-HTC

CAPTAIN SMITH,

     Defendant.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 8, 2024 (ECF No. 5), recommending that Plaintiff's case be dismissed because he is a three-striker and because his claim against Defendant Smith is barred by res judicata. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(g) and 1915(e)(2)(B)(i) because Glenn is a three-striker and his claim against Smith is barred by res judicata.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 4th day of December, 2024.


　　　　　　s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**